**92–675.** State ex rel. Schnars v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–702.** State ex rel. Daniels v. Ninth Dist. Court of Appeals. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–751.** State ex rel. McMillian v. Rothgery. In Mandamus. *Sua sponte,* cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–756.** Northern v. State. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–861.** State ex rel. Waughtel v. Allen Cty. Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

## MOTION DOCKET

**91–1466.** Helen's, Inc. v. Youngstown. *Franklin County,* No. 90AP–1027. On motion to withdraw pleading to the United States Supreme Court. Motion granted.

WRIGHT and H. BROWN, JJ., state that no action is necessary for this court to take at this time.

**91–2001.** Rockey v. 84 Lumber Co. *Cuyahoga County,* Nos. 58610 and 58654. On motion for leave to file appellant's brief instanter. Motion granted.

**91–2245.** Shilling v. Mobile Analytical Serv., Inc. *Union County,* No. 14–91–11. On motion for leave to file *amicus* of Ohio State Medical Association. Motion granted.

**92–344.** State v. Johnson. *Lorain County,* No. 91CA004991. On motion for leave to amend memorandum in support. Motion granted.

**92–496.** State v. Stillo. *Wayne County,* No. 2669. On motion to strike appellee's brief. Motion denied.

WRIGHT and H. BROWN, JJ., dissent.

**92–527.** State v. Moreland. *Franklin County,* No. 91AP–742. On motion to file *pro se* memo. Motion granted.

MOYER, C.J., dissents.

**92–654.** State v. Reynolds. *Cuyahoga County,* No. 63034. On motion for leave to supplement appendix. Motion denied.

SWEENEY, HOLMES and DOUGLAS, JJ., dissent.

**92–688.** State ex rel. Able Temps, Inc. v. Indus. Comm. In Mandamus. On motion for peremptory writ. Motion denied.

On motion for class certification. Motion granted.

HOLMES, J., dissents.

**92–815.** State v. Mullins. *Franklin County,* No. 91AP–814. On motion for leave to file delayed appeal. Motion granted.

H. BROWN, J., dissents.

**92–856.** State v. Combs. *Summit County,* No. 15025. On motion for leave to file notice of appeal instanter. Motion granted.

HOLMES and WRIGHT, JJ., dissent.